1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Carlos Martinez

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    NO. 1:10-cr-00380 LJO
                                       )
11              Plaintiff,             )    STIPULATION TO CONTINUE SENTENCING
                                       )    HEARING AND ORDER
12      v.                             )
                                       )
13  CARLOS MARTINEZ,                   )    Date:  November 28, 2011
                                       )    Time:  1:00 p.m.
14              Defendant.             )    Judge: Hon. Lawrence J. O'Neill
    _____)

15

16          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17  KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

18  Assistant Federal Defender, counsel for defendant, Carlos Martinez, that the date for sentencing may be

19  continued to November 28, 2011, or the soonest date thereafter that is convenient to the court. **The date**

20  **currently set for sentencing is November 4, 2011, at 9:00 a.m.  The requested new date is November**

21  **28, 2011, at 1:00 p.m.**

22          Mr. Martinez is housed in Lerdo and is attempting to qualify for a reduction in sentence pursuant

23  to the safety valve provision of the sentencing guidelines.  The government agreed that Martinez could

24  fulfill the debriefing requirement by means of a written proffer and Martinez was transported from Lerdo

25  on October 24 and interviewed by defense counsel to allow for preparation of the statement.  However,

26  counsel had further questions when preparing the formal statement and Martinez had to be transported

27  again, on October 31, to clarify these issues.  Martinez's statement was then provided to the government

28  on the afternoon of October 31 and, after review with the agents, the government has requested that one

1 additional issue be addressed by Mr. Martinez.  In addition, counsel was only able to finalize the

2 defendant's sentencing memorandum after meeting with Mr. Martinez on October 31, and that document

3 was filed on November 1, 2011.  The government needs additional time to respond to Martinez's

4 memorandum prior to sentencing.  Based on the foregoing, the parties request that sentencing be

5 continued.

6       The parties agree that the delay resulting from the requested continuance shall be excluded as

7 necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C.

8 § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested

9 continuance outweigh the interests of the public and the defendants in a speedy trial.

10

11                 BENJAMIN B. WAGNER
                United States Attorney

12

13     DATED: November 2, 2011         By /s/ Karen A. Escobar
                KAREN A. ESCOBAR

14                 Assistant United States Attorney
                Attorney for Plaintiff

15

16                 DANIEL J. BRODERICK
                Federal Defender

17

18     DATED: November 2, 2011         By /s/ Eric V. Kersten
                ERIC V. KERSTEN

19                 Assistant Federal Defender
                Attorney for Defendant

20                 Carlos Martinez

21

22

                **O R D E R**

23

24       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25

26                 IT IS SO ORDERED.

27 **Dated:**    **November 2, 2011**          **/s/ Lawrence J. O'Neill**
                UNITED STATES DISTRICT JUDGE

28

Martinez: Stipulation to Continue Sentencing and Order     2